**JOHN L. BURRIS, Esq. SBN 69888**
**ADANTE D. POINTER, Esq. 236229**
**MELISSA C. NOLD, Esq. SBN 301378**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrisalaw.com
melissa.nold@johnburrislaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEYANA JENKINS, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF VALLEJO, a municipal corporation; ANDREW BIDOU, in his official capacity as Chief of Police; and DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF VALLEJO, jointly and severally,<br><br>　　　　　　　Defendants. | CASE NO.: 2:19-cv-01896-TLN-DB<br><br>**NOTICE OF APPEARANCE** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　　**PLEASE TAKE NOTICE** that Adanté D. Pointer of the Law Offices of John L. Burris, 7677 Oakport Street, Suite 1120, Oakland, CA 94621 hereby enters his appearance in the above-captioned matter as counsel to be noticed on behalf of Plaintiff and requests copies of all briefs,

NOTICE OF APPEARANCE - 1

motions, order, correspondence and other papers be served on the undersigned.  Counsel's email address for purposes of receipt of Notices of Electronic Filing is the following: adante.pointer@johnburrislaw.com.

Dated:  September 19, 2019        **LAW OFFICES OF JOHN L. BURRIS**

　　　　　　　　　　　　　　　　　　　　　　_/s/ Adanté D. Pointer_
　　　　　　　　　　　　　　　　　　　　Adanté D. Pointer
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff