**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY: TIMOTHY R. SMYTH**
Deputy City Attorney, SBN 258661
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:   (707) 648-4545
Fax:   (707) 648-4687
Email: timothy.smyth@cityofvallejo.net


Attorneys for Defendants, CITY OF VALLEJO and
ANDREW BIDOU

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEYANA JENKINS, an individual, | Case No:   2:19-cv-01896-TLN-DB |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING [LOCAL RULE 144(a)]** |
| vs. | |
| CITY OF VALLEJO, a municipal corporation, ANDREW BIDOU, in his official capacity as Chief of Police; and DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF VALLEJO,  jointly and severally, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that Defendants' deadline to file a responsive pleading be extended 28 days pursuant to Local Rule 144(a).

-2-

DATED:  October 29, 2019            __/s/ Melissa Nold_____
                                                          MELISSA NOLD
                                                          Attorney for Plaintiff DELON
                                                          THURSTON


DATED:  October 29, 2019            __/s/ Timothy R. Smyth_____
                                                          TIMOTHY R. SMYTH
                                                          Deputy City Attorney
                                                          Attorney for Defendants CITY OF
                                                          VALLEJO, and ANDREW BIDOU