**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY: TIMOTHY R. SMYTH**
Deputy City Attorney, SBN 258661
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:    (707) 648-4687
Email:  timothy.smyth@cityofvallejo.net

Attorneys for Defendants,
CITY OF VALLEJO, ANDREW BIDOU

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DEYANA JENKINS, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY OF VALLEJO, a municipal corporation; ANDREW BIDOU, in his official capacity as Chief of Police; and DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF VALLEJO, jointly and severally,<br><br>          Defendants. | Case No.  2:19-cv-01896-TLN-DB<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL**<br><br>**Complaint Filed:  September 18, 2019** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Timothy R. Smyth will be out of the country and will be unavailable for any purpose whatsoever, including but not limited to receiving notice of any kind, responding to *ex parte* applications, appearing in court, or attending depositions on the following dates:

**November 20, 2019 – December 4, 2019**

**NOTICE OF UNAVAILABILITY OF COUNSEL**
**-1-**

-2-

Purposefully scheduling a conflicting proceeding without good cause is sanctionable conduct.  (*Tenderloin Housing Clinic, Inc. v. Sparks* (1992) 8 Cal.App.4th 299.)

DATED:  November 5, 2019					Respectfully submitted,

/s/ *Timothy R. Smyth*
TIMOTHY R. SMYTH
Deputy City Attorney
Attorney for Defendants
CITY OF VALLEJO, ANDREW BIDOU

**NOTICE OF UNAVAILABILITY OF COUNSEL**
**-2-**