**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY: TIMOTHY R. SMYTH**
Deputy City Attorney, SBN 258661
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:    (707) 648-4687
Email: timothy.smyth@cityofvallejo.net

Attorneys for Defendants, CITY OF VALLEJO and ANDREW BIDOU

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEYANA JENKINS, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF VALLEJO, a municipal corporation, ANDREW BIDOU, in his official capacity as Chief of Police; and DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF VALLEJO, jointly and severally,<br><br>　　　　　　Defendants. | Case No:   2:19-cv-01896-TLN-DB<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING; [PROPOSED] ORDER [LOCAL RULE 144(a)]** |

**WHEREAS** Plaintiffs' counsel filed four suits against the City of Vallejo around the same time: *McCoy, et al. v. City of Vallejo, et al.*, Case No 2:19-cv-01191-JAM-

CKD; *Burrell, et al. v. City of Vallejo, et al.,* Case No. 2:19-cv-01898-WBS-KJN; *Jenkins, v. City of Vallejo, et al.,* Case No. 219-cv-01896-TLN-DB; and *Thurston v. City of Vallejo, et al.,* Case No. 2:19-cv-01902-KJM-CKD.

**WHEREAS** the Complaints filed in each of these cases contained identical allegations pertaining to prior lawsuits brought against the City of Vallejo in support of a *Monell* claim and assert causes of action against individuals in both official and individual capacities, which Defendants contend is not appropriate and subjects the Complaint to a motion under Rule 12 of the Federal Rules of Civil Procedure;

**WHEREAS** counsel has engaged in extensive meet and confer discussions in the case of *McCoy et al. v. City of Vallejo, et al.*, Case No. Case No 2:19-cv-01191-JAM-CKD to attempt to resolve these issues, and will be filing a motion to dismiss with a hearing date of December 17, 2019;

**WHEREAS** the parties believe that the Court's decision on the motion in *McCoy, et al. v. City of Vallejo et al.* may assist them in their meet and confer efforts regarding resolution of the pleadings in the *Burrell, Jenkins,* and *Thurston* matters;

**WHEREAS** the parties previously stipulated to a 28-day extension of Defendants' responsive pleading deadline and require leave of Court for an additional extension pursuant to Local Rule 144(a);

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that Defendants' deadline to file a responsive pleading be extended until 30 days following the Court's order on Defendants' motion to dismiss in the matter of *McCoy et al. v. City of Vallejo, et al.*

DATED:  November 18, 2019         \_\_*/s/ Melissa Nold*_____
                                  MELISSA NOLD
                                  Attorney for Plaintiff DEYANA JENKINS

DATED: November 18, 2019      __/s/ Timothy R. Smyth_____
                                                                     TIMOTHY R. SMYTH
                                                                     Deputy City Attorney
                                                                     Attorney for Defendants CITY OF
                                                                    VALLEJO, and ANDREW BIDOU

     **SO ORDERED**

DATED: _____                               _____

                                                         **Judge of the U.S. District Court**