1  **RANDY J. RISNER**
   Interim City Attorney, SBN 172552
2  **BY:  TIMOTHY R. SMYTH**
   Deputy City Attorney, SBN 258661
3  **CITY OF VALLEJO**, City Hall
   555 Santa Clara Street, P.O. Box 3068
4  Vallejo, CA  94590
   Tel:     (707) 648-4545
5  Fax:    (707) 648-4687
   Email:  timothy.smyth@cityofvallejo.net
6
7  Attorneys for Defendants,
   CITY OF VALLEJO, ANDREW BIDOU
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DEYANA JENKINS, an individual, | Case No.  2:19-cv-01896-TLN-DB |
| Plaintiff, | |
| vs. | **DESIGNATION OF COUNSEL** |
| CITY OF VALLEJO, a municipal corporation; ANDREW BIDOU, in his official capacity as Chief of Police; and DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF VALLEJO, jointly and severally, | |
| Defendants. | |

---

**Case No. 2:19-cv-01896-TLN-DB**                    DESIGNATION OF COUNSEL
-1-

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Defendants CITY OF VALLEJO and ANDREW BIDOU hereby designate the following attorney as counsel for service in this action:

> Randy J. Risner, SBN 172552
> Interim City Attorney
> City of Vallejo, City Attorney's Office
> 555 Santa Clara Street, 3rd Floor
> Vallejo, CA 94590
> Tel: (707) 648-4545
> Fax: (707) 648-4687
> E-mail:  randy.risner@cityofvallejo.net

    The following attorney is no longer counsel of record in this action:

> CLAUDIA M. QUINTANA, SBN 178613

DATED:  February 3, 2020

Respectfully submitted,

  /s/ *Timothy R. Smyth*
TIMOTHY R. SMYTH
Deputy City Attorney
Attorney for Defendants
CITY OF VALLEJO, ANDREW BIDOU