**RANDY J. RISNER**
Interim City Attorney, SBN 172552
**BY: TIMOTHY R. SMYTH**
Deputy City Attorney, SBN 258661
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687
Email: timothy.smyth@cityofvallejo.net

Attorneys for Defendants,
CITY OF VALLEJO, ANDREW BIDOU

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DEYANA JENKINS, an individual,<br><br>Plaintiff,<br>vs.<br>CITY OF VALLEJO, a municipal corporation; ANDREW BIDOU, in his official capacity as Chief of Police; and DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF VALLEJO, jointly and severally,<br><br>Defendants. | Case No.  2:19-cv-01896-TLN-DB<br><br>**DEFENDANT CITY OF VALLEJO'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT**<br><br>**Date:**    April 16, 2020<br>**Time:**    2:00 p.m.<br>**Ctrm:**    2, 15th Floor<br><br>Hon. Troy L. Nunley |

Pursuant to Federal Rule of Evidence 201, Defendants CITY OF VALLEJO and ANDREW BIDOU respectfully request that the Court take judicial notice of the following facts in support of Defendant's Motion to Dismiss and Motion to Strike the Complaint:

1. **Andrew Bidou was appointed chief of police in 2014, as noted in the City's Press release attached hereto as Exhibit A, and news article attached as Exhibit B.**

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF REQUEST

Federal Rules of Evidence Rule 201(b) provides a court may judicially notice a fact that is not subject to reasonable dispute because it:

(1)   is generally known within the trial court's territorial jurisdiction; or

(2)   can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

This request seeks the court to take judicial notice of the fact Ret. Chief ANDREW BIDOU was appointed as Chief of Police in 2014.   This court has discretion pursuant to Federal Rules of Evidence 201(b) to take judicial notice of news articles.  *See Ritter v. Hughes Aircraft Co., 58 F.3d 454, 458-59* (9th Cir. 1995) (holding that district court's judicial notice of a news article regarding layoffs at an airplane manufacturer pursuant to Fed. R. Evid. 201 was not an abuse of discretion). The occurrence of the Ret. Chief BIDOU being appointed as Chief in 2014 is a fact generally known within this court's territorial jurisdiction, and is not reasonably disputable as a public record.  Furthermore, the City's press release and news article attached hereto shows that this fact is readily determined from sources whose accuracy cannot reasonably be questioned.

DATED:  February 21, 2020            Respectfully submitted,


*/S/ Timothy R. Smyth*
Timothy R. Smyth
Deputy City Attorney
Attorney for Defendants
CITY OF VALLEJO, ANDREW BIDOU

# EXHIBIT A to

DEFENDANT CITY OF VALLEJO'S REQUEST FOR JUDICIAL NOTICE IN
SUPPORT OF MOTION TO DISMISS COMPLAINT



Office of the City Manager · 555 Santa Clara Street · Vallejo · CA · 94590 · 707.648.4576

**FOR IMMEDIATE RELEASE**: August 14, 2014

**FOR MORE INFORMATION**:
   Daniel E. Keen, City Manager, (707) 648-4576, city-manager@ci.vallejo.ca.us

**BIDOU APPOINTED POLICE CHIEF**

City Manager Daniel E. Keen announced today that Andrew Bidou has been appointed to the position of Police Chief, effective October 4, 2014.

Bidou has over 24 years of experience in policing, beginning his career in the City of Newark, California where he rose from the ranks of Police Officer to Captain over a span of 18 years. In 2008, he came to the City of Benicia as Deputy Chief, and was named to the Benicia Police Chief position in 2011. Bidou has a Bachelor of Arts Degree in Management from St. Mary's College, and a Masters of Public Administration degree from Golden Gate University. He is a graduate of the FBI National Academy, and completed executive education at the Harvard University Kennedy School of Government. Bidou was selected following an extensive, nationwide recruitment process which included a thorough interview process with community members, police chiefs and city staff.



As a member of the Police Department in Newark, Bidou achieved broad experience in all aspects of police work, including assignments in patrol, SWAT, K-9, gang enforcement, narcotics detective, range master and field training officer. While in Newark, Bidou also assisted in implementing a highly effective Community Policing Program. In the City of Benicia, Bidou is credited with creating and implementing the Benicia Policing Strategy, a process utilizing resource management, crime analysis and problem solving to address crime and quality of life issues which resulted in three consecutive years of lowering crime rates and improved citizen satisfaction. He is also recognized for improving the training and selection standards for civilian and sworn staff, as well as increasing the professionalism and diversity of the Benicia Police Department. Bidou is widely recognized for his commitment to outreach and engagement, and developing a strong relationship between the police department and all segments of his community.

"I am very excited to have been chosen to lead the City of Vallejo Police Department," said Bidou. "I think that my career experiences have prepared me well for the challenges I'll face in Vallejo, and

I'm eager to carry forward the progress which Chief Kreins has achieved in the Department. The Vallejo Police Chief position is a unique and special position, and I am humbled and honored to have the opportunity to apply my skills and experience to the hard work ahead of me."

In announcing the appointment, City Manager Daniel E. Keen highlighted Bidou's depth of experience, the mentorship and guidance he's received throughout his career, and his track record of accomplishment in Benicia. "Andrew Bidou's experience in implementing Community Oriented Policing in two communities was very important to me, and will be very helpful in improving the way our Police Department develops stronger relationships with all parts of Vallejo. I was also impressed with his commitment to improving the diversity of his workforce in Benicia, and his successful efforts to work collaboratively with other police departments, including the City of Vallejo. He's had a front row seat to what's been going on in the City of Vallejo over the past several years, and I expect that his transition to police chief here will be smooth."

Bidou has been married to his wife, Marcie, for 17 years, and has two children, Joseph, age 12, and Christopher, age 11.

< END >

# EXHIBIT B to

DEFENDANT CITY OF VALLEJO'S REQUEST FOR JUDICIAL NOTICE IN
SUPPORT OF MOTION TO DISMISS COMPLAINT

sfbay.ca (https://sfbayca.com)

NEWS (HTTPS://SFBAYCA.COM/SECTION/NEWS/)

## Vallejo names Andrew Bidou police chief

By **JAMES LANARAS (HTTPS://SFBAYCA.COM/AUTHOR/SFBAYBCN/)** :: Bay City News

August 15, 2014

0

Benicia Police Chief Andrew Bidou has been selected as the Vallejo Police Department's new chief effective Oct. 4. Bidou, 45, will take over from Vallejo Police Chief Joseph Kreins.

Bidou has 24 years experience in policing and has been Benicia's chief since Jan. 25, 2011.

Bidou said in a news release announcing his appointment:

> ❝
> *"I am very excited to have been chosen to lead the City of Vallejo Police Department. ... The Vallejo Police Chief position is a unique and special position, and I am humbled and honored to have the opportunity to apply my skills and experience to the hard work ahead of me."*
>
> Thorough Resear
> Lawyers
> Ad  Rely on the indu
> emerging legal rese[
> Lexis Advance
>
> Learn More

Vallejo City Manager Daniel E. Keen said Bidou's experience in community policing in Benicia and in Newark, where he worked for 18 years, was important to him and will be helpful in the Vallejo Police Department's development of stronger relationships in Vallejo:

> ❝
> *"I was also impressed with his commitment to improving the diversity of his workforce in Benicia, and his successful efforts to work collaboratively with other police departments, including the City of Vallejo. ... He's had a front row seat to what's been gong on in the City of Vallejo over the past several years, and I expect that his transition to police chief here will be smooth."*

His salary will be $204,361 per year, Keen said.

☐ **NEWS (HTTPS://SFBAYCA.COM/SECTION/NEWS/)**

☐ #police (https://sfbayca.com/archives/police/)   #police chief (https://sfbayca.com/archives/police-chief/)

☐ (...   ☐ (...                                                                                                       ☐ 0

(https://sfbayca.com/2014/08/14/woman-shot-after-aiming-drill-at-police/)

**Woman shot after aiming drill at police**

☐ PREVIOUS ARTICLE (HTTPS://SFBAYCA.COM/2014/08/14/WOMAN-SHOT-AFTER-AIMING-DRILL-AT-POLICE/)

(https://sfbayca.com/2014/08/15/two-arrested-after-pacifica-taxi-robbery/)

**Two arrested after Pacifica taxi robbery**

NEXT ARTICLE ☐ (HTTPS://SFBAYCA.COM/2014/08/15/TWO-ARRESTED-AFTER-PACIFICA-TAXI-ROBBERY/)

We were unable to load Disqus. If you are a moderator please see our troubleshooting guide.

**YOU MAY ALSO LIKE**

*Suspect in custody after pursuit from Vacaville to Berkeley (https://sfbayca.com/2020/02/13/suspect-in-custody-after-pursuit-from-vacaville-to-berkeley/)*
(https://sfbayca.com/2020/02/13/suspect-in-custody-after-pursuit-from-vacaville-

By **BAY CITY NEWS (HTTPS://SFBAYCA.COM/AUTHOR/SFBAYBCN/)**   ☐ 43 mins ago