**RANDY J. RISNER**
Interim City Attorney, SBN 172552
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:     (707) 648-4687


John R. Whitefleet, SBN 213301
PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA
Tel: (916) 929-1481
Fax: (916) 927-3706
Email: jwhitfleet@porterscott.com

Attorneys for Defendants: CITY OF VALLEJO, ANDREW BIDOU

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DEYANA JENKINS, an individual<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY OF VALLEJO, a municipal corporation; ANDREW BIDOU, in his official capacity as Chief of Police; and DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF VALLEJO, jointly and severally,<br><br>        Defendants. | Case No.: 2:19-cv-01896-TLN-DB<br><br>**ASSOCIATION OF COUNSEL** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Randy J. Risner, Interim City Attorney, City of Vallejo, City Hall, 555 Santa Clara Street, 3rd Floor, Vallejo, California 94590, telephone number (707) 648-4545, facsimile number (707) 648-4687, hereby associate with John R. Whitefleet of Porter Scott, 350 University Avenue, Suite 200, Sacramento, California 95825,

telephone number (916) 929-1481, facsimile number (916) 927-3706, as co-counsel for Defendants CITY OF VALLEJO, ANDREW BIDOU, JARRETT TONN.

**PLEASE TAKE FURTHER NOTICE** that following attorney is no longer counsel of record in this action.

    TIMOTHY R. SMYTH, SBN 258661.

Dated:  March 25, 2020      Respectfully submitted,

                PORTER SCOTT
                A PROFESSIONAL CORPORATION

                By /s/ John R. Whitefleet
                  John R. Whitefleet
                  Attorney for Defendants CITY OF VALLEJO,
                  ANDREW BIDOU

Dated:  March 25, 2020      CITY OF VALLEJO

                By /s/ Randy J. Risner (authorized on 03/16/2020)
                  Attorney for Defendant CITY OF VALLEJO,
                  ANDREW BIDOU