**ADANTE D. POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Well Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Site: LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Attorneys for Plaintiffs


Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jenkins, et al | Case No.: 2:19-cv-01896-TLN-DB |
| Plaintiff, | |
| vs. | **NOTICE OF CHANGE IN ADDRESS OF COUNSELS ADANTE POINTER & PATRICK BUELNA** |
| City of Vallejo, et al. | |
| Defendants. | |

NOTICE OF CHANGE IN ADDRESS - 1

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that PATRICK BUELNA (SBN 317043) and ADANTE POINTER (SBN 236229) are no longer at the firm of Law Offices of John Burris. Therefore, *in addition* to serving Mr. John Burris at his law office, please *also* serve all papers, pleadings and communications for the above captioned case to their new firm and address at:

Pointer & Buelna, LLP

Lawyers For The People

Wells Fargo Center

1901 Harrison Street, Suite 1140,

Oakland, CA 94612

Emails:

Apointer@lawyersftp.com

Pbuelna@lawyersftp.com

Telephone: 510-929-5400

Website: LawyersFTP.com

Dated: June 11, 2020

*/s/Adante Pointer*

ADANTE D. POINTER
POINTER & BUELNA, LLP
Attorneys for Plaintiff

*/s/Patrick Buelna*

PATRICK M. BUELNA
POINTER & BUELNA, LLP
Attorneys for Plaintiff