**JOHN L. BURRIS, Esq. SBN 69888**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882
john.burris@johnburrislaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEYANA JENKINS, an individual,<br><br>             Plaintiff,<br><br>   vs.<br><br>CITY OF VALLEJO, a municipal corporation;<br>ANDREW BIDOU, in his official capacity as<br>Chief of Police; and DOES 1-50, individually and<br>in their official capacities as Police Officers for<br>the CITY OF VALLEJO, jointly and severally,<br><br>             Defendants. | CASE NO.:  2:19-cv-01896-TLN-DB<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL OF THE LAW OFFICES OF JOHN L. BURRIS; DECLARATION OF JOHN L. BURRIS** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

      **PLEASE TAKE NOTICE** that John L. Burris (SBN 069888), the Law Offices of John L.

Burris, and/or any attorneys associated with the firm, have a claim of lien for attorneys' fees and

costs against any settlement or judgment proceeds to be paid to Plaintiff  DEYANA JENKINS.

Dated:  October 22, 2020             **LAW OFFICES OF JOHN L. BURRIS**

                                 */s/ John L. Burris*
                               John L. Burris
                               Former Attorneys for Plaintiff