UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEYANA JENKINS, et al., | No. 2:19-cv-1896 TLN DB |
| Plaintiffs, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

On November 3, 2023, plaintiffs filed a motion to compel and noticed the motion for hearing before the undersigned on December 8, 2023, pursuant to Local Rule 302(c)(1). (ECF No. 46.) On November 22, 2023, the parties filed a Joint Statement re Discovery Dispute pursuant to Local Rule 251. (ECF No. 45.) Therein, the parties disagree as to whether they have met and conferred after defendants made their most recent document production.

In this regard, plaintiffs assert that "the parties met and conferred . . . regarding Defendants' amended responses on November 21, 2023[.]" (JS (ECF No. 46) at 2.) This assertion is supported by a declaration from plaintiffs' counsel but not by any documentary evidence. (ECF No. 46- at 3-4.) Defendants assert that "no meet and confer has been conducted regarding those amended responses prior to the parties working on this joint statement." (JS (ECF No. 46) at 2.) That assertion is supported by neither a declaration nor documentary evidence. In future Joint Statements filed before the undersigned, if the parties are disputing

1

whether the meet and confer requirements have been satisfied, those arguments should be supported by a declaration and/or documentary evidence.

The parties meeting and conferring is essentially a necessary precondition to a discovery hearing. Pursuant to Local Rule 251(b) a discovery motion "shall not be heard unless [] the parties have conferred and attempted to resolve their differences[.]" In this regard, "[c]ounsel for all interested parties shall confer in advance of the filing of the motion or in advance of the hearing of the motion in a good faith effort to resolve the differences that are the subject of the motion." (Id.)

And the undersigned's Standard Information re discovery disputes found on to the court's web page at http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-deborah-barnes-db explains that parties must meet and confer prior to filing a discovery motion and "must again confer in person or via telephone or video conferencing" prior to the filing of the Joint Statement. Because of the importance of the meet and confer process, the hearing of plaintiffs' motion will be continued and to ensure the parties have met and conferred. The parties will also be ordered to file a supplemental Joint Statement, which the undersigned hopes will reflect at least a narrowed discovery dispute, if any.

Accordingly, IT IS HEREBY ORDERED that:

1. The December 8, 2023 hearing of plaintiffs' motion to compel (ECF No. 45) is continued to **January 12, 2024 at 10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned in person;

2. On or before **December 22, 2023**, the parties shall meet and confer in compliance with the Local Rules and the undersigned's Standard Information, and

3. On or before **December 29, 2023**, the parties shall file either a withdrawal of the motion to compel or an updated Joint Statement re Discovery Disagreement.

Dated: December 4, 2023

DLB:6
DB/orders/orders.civil/jenkins1896.mtc.cont.ord

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2