

Ty Clarke <tclarke@lawyersftp.com>

---

# Jenkins discovery meet and confer follow-up

---

**Ty Clarke** <tclarke@lawyersftp.com>   Tue, Dec 12, 2023 at 4:35 PM
To: "John R. Whitefleet" <jwhitefleet@porterscott.com>
Cc: Carol Olive <colive@porterscott.com>, Adante Pointer <apointer@lawyersftp.com>, Patrick Buelna <pbuelna@lawyersftp.com>, melissa <melissa@noldlaw.com>

John,

Thanks for taking the time today to meet and confer. I wanted to quickly summarize our agreements and nail down some dates.

**PROPOSED DATES**

I know we will have to play some of it by ear, but I wanted to try to get some semblance of a schedule nailed down since we will both be out of the office in the coming weeks.

**For the City's amended responses and disclosures, can we agree to a production date of December 22, 2023?** This is the latest date I can think of that will both allow the City sufficient time to prepare amended responses and disclosures while also allowing me the time to review amended responses and prepare the amended joint dispute statement if our issues aren't resolved. It's important to us that we keep the discovery date on calendar for now so that we can ensure quick resolution of any lingering issues.

I am open to working with you on this issue, so if there's a schedule that makes more sense while sticking within the court's deadlines, please propose it.

**AGREEMENTS**

**Requests No. 1 & 3**

We agreed that "use of force" will be interpreted in this context to mean all uses of force trainings except for 4 categories of trainings: deadly force (firearms), SWAT training, pepperball training, and riot control training. With this understanding, the City will provide amended responses and disclosures (assuming there are additional responsive documents in the City's possession and/or control.

**Request No. 8**
We agreed that you'll amend Response No. 8 to indicate whether or not there is an internal affairs report for this incident.

**Request No. 9**
We agreed that you'll amend Response No. 9 to state whether all responsive documents have been produced.

**Request Nos. 15 & 17**
We agreed that the City will provide amended responses and disclosures of the responsive civilian complaints and IA reports.

**Attorneys Eyes Only**
Regarding the IA reports sought in Request No. 17, you asked about the possibility of disclosing under an AEO designation. I'm open to that possibility. Please send over some draft language of this possible addition to the protective order in this case so I can review.

**Official Information Privilege**
We agreed that this is a moot point and no longer part of the discovery dispute because the City is not asserting the official information privilege in any of its responses.

**Plaintiff's Costs**
As I said on the call, if we receive the agreed upon amended responses **and** document disclosures without the need for an additional joint statement, I will not pursue any recovery of Plaintiff's costs.

I believe that covers everything, but please let me know if I have missed or omitted anything.

Thanks,

Ty     Case 2:19-cv-01896-TLN-DB    Document 51-2    Filed 02/01/24    Page 2 of 2

--

**Ty Clarke** | **Attorney**

# POINTER & BUELNA, LLP.

*Lawyers For The People*

155 Filbert St., Suite 208,

Oakland, CA 94607

T: (510) 929 - 5400

[www.LawyersFTP.com](http://www.LawyersFTP.com)

**Facsimile or Email Confidentiality Notice**

The information transmitted by this email/facsimile communication, including any additional pages or attachments, is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, disclosure, dissemination, or other use and/or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at pbuelna@lawyersftp.com and delete the communication from any computer or network system or dispose of the documents as directed. Thank you.