**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEYANA JENKINS, an individual;<br><br>Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO, ET AL.,<br><br>Defendants. | Case: 2:19-cv-01896-TLN-DB<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, the Parties participated in a discovery dispute in the recent months that delayed the disclosure of relevant documents.

WHEREAS, Counsel for Plaintiff and Defendants both have multiple trials in the coming months that make it impossible to complete robust discovery by the current deadlines.

1   WHEREAS, this is the first extension of the case schedule that the Parties have sought

2   in this matter.

3   WHEREAS, the Parties STIPULATE TO and JOINTLY REQUEST that this Court's

4   scheduling order be amended accordingly:

| | | |
|---|---|---|
| Close of Fact Discovery: | ~~4/27/24~~ | 7/29/24 |
| Expert Witness Disclosure: | ~~6/26/24~~ | 9/24/24 |
| Rebuttal Expert Disclosure: | ~~7/26/24~~ | 10/24/24 |
| Close of Expert Discovery: | ~~11/2/24~~ | 1/15/25 |
| Dispositive Motion Filing: | ~~10/24/24~~ | 1/22/25 |

IT IS SO AGREED.

Dated: March 27, 2024        /s/ Ty Clarke
                             Ty Clarke
                             Attorney for Plaintiff

Dated: March 27, 2024        /s/ John Whitefleet
                             John Whitefleet
                             Attorney for Defendants

**IT IS SO ORDERED.**

DATED: March 27, 2024

Troy L. Nunley
United States District Judge