# UNITED STATES DISTRICT COURT

EASTERN **District of** CALIFORNIA

| DEYANA JENKINS | CONSENT ORDER GRANTING |
|---|---|
| Plaintiff (s), | SUBSTITUTION OF ATTORNEY |
| V. | |
| CITY OF VALLEJO, et al. | CASE NUMBER: 2:19-cv-01896-TLN-DB |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, **City Of Vallejo, Jordon Patzer, and Colin Eaton** substitutes
(Party (s) Name)

**Richard W. Osman**, State Bar No. **167993** as counsel of record in
(Name of New Attorney)

place of **John Robert Whitefleet**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
Address: 2749 Hyde Street, San Francisco, California 94109
Telephone: (415) 353-0999   Facsimile: (415) 353-0990
E-Mail (Optional): rosman@bfesf.com

I consent to the above substitution.   Katelyn M. Knight for Defendants
Date: 6/26/24
_[signature: Katelyn M. Knight]_
(Signature of Party (s))

I consent to being substituted.   John R. Whitefleet
Date: 6/24/2024
_[signature]_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 6/24/2024   /s/ Richard W. Osman
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: June 27, 2024
_[signature]_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]