Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:     rosman@bfesf.com
           scrawford@bfesf.com

Attorneys for Defendants
CITY OF VALLEJO, COLIN EATON
and JORDON PATZER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEYANA JENKINS, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO, a municipal corporation; ANDREW BIDOU, in his individual capacity as Chief of Police; COLIN EATON, in his individual capacity as Police Officer for the CITY OF VALLEJO; JORDON PATZER, in his individual capacity as Police Officer for the CITY OF VALLEJO and DOES 1-50, inclusive.<br><br>        Defendants. | Case No. 2:19-cv-01896-TLN-DB<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, the Parties previously participated in a discovery dispute that resulted in a motion to compel and that delayed the disclosure of relevant documents.

WHEREAS, Richard W. Osman and Sheila D. Crawford of Bertrand, Fox, Elliot, Osman & Wenzel substituted into this case in place of John Whitefleet of Porter Scott on June 27, 2024.

WHEREAS, counsel for the parties are working cooperatively and are presently engaged in further and ongoing meet and confer efforts to attempt to resolve multiple further discovery disputes that

1

STIPULATION AND ORDER TO AMEND SCHEDULING ORDER
*Jenkins, v. City of Vallejo, et al.* U.S.D.C. Eastern District of California Case No.: 2:19-cv-01896-TLN-DB

existed prior to new counsel substituting into this case.

WHEREAS, counsel for the parties also are working cooperatively to schedule multiple depositions.

WHEREAS, there has only been one prior extension of the case schedule in this matter, which extension was necessitated the prior discovery dispute.

WHEREAS, the Parties STIPULATE TO and JOINTLY REQUEST that this Court's scheduling order be amended accordingly:

| Close of Fact Discovery: | 7/29/2024 | **11/29/2024** |
|---|---|---|
| Expert Witness Disclosure: | 9/24/2024 | **1/24/2025** |
| Rebuttal Expert Disclosure: | 10/24/2024 | **2/28/2025** |
| Close of Expert Discovery: | 1/15/2025 | **4/11/2025** |
| Dispositive Motion Filing: | 1/22/2025 | **5/23/2025** |

IT IS SO STIPULATED.

Dated: July 10, 2024                BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:    */s/ Richard W. Osman*
Richard W. Osman
Sheila D. Crawford
Attorneys for Defendants
CITY OF VALLEJO, COLIN EATON
and JORDON PATZE

Dated: July 10, 2024                Nold Law

By:    */s/ Melissa Nold*
Melissa Nold
Attorney for Plaintiff
DEYANA JENKINS

Dated: July 10, 2024                POINTER & BUELNA, LLP

By:    */s/ Ty Clarke*
Adanté D. Pointer
Patrick M. Buelna
Ty Clarke
Attorneys for Plaintiff
DEYANA JENKINS

2

STIPULATION AND ORDER TO AMEND SCHEDULING ORDER
*Jenkins, v. City of Vallejo, et al.* U.S.D.C. Eastern District of California Case No.: 2:19-cv-01896-TLN-DB

**IT IS SO ORDERED.**

DATED: July 15, 2024

_____
Troy L. Nunley
United States District Judge

3

STIPULATION AND ORDER TO AMEND SCHEDULING ORDER
*Jenkins, v. City of Vallejo, et al.* U.S.D.C. Eastern District of California Case No.: 2:19-cv-01896-TLN-DB