Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:       rosman@bfesf.com
             scrawford@bfesf.com

Attorneys for Defendants
CITY OF VALLEJO, COLIN EATON
and JORDON PATZER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEYANA JENKINS, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO, a municipal corporation; ANDREW BIDOU, in his individual capacity as Chief of Police; COLIN EATON, in his individual capacity as Police Officer for the CITY OF VALLEJO; JORDON PATZER, in his individual capacity as Police Officer for the CITY OF VALLEJO and DOES 1-50, inclusive.<br><br>        Defendants. | Case No. 2:19-cv-01896-TLN-DB<br><br>**THIRD STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**<br><br><br><br><br><br><br><br>**Hon. Troy L. Nunley** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, the Parties previously participated in a discovery dispute that resulted in a motion to compel and that delayed the disclosure of relevant documents;

WHEREAS, Richard W. Osman and Sheila D. Crawford of Bertrand, Fox, Elliot, Osman & Wenzel substituted into this case in place of John Whitefleet of Porter Scott on June 27, 2024;

WHEREAS, on October 11, 2024, Defendants produced numerous documents in response to the Court's order compelling the document production;

1

THIRD STIPULATION AND ORDER TO AMEND SCHEDULING ORDER
*Jenkins, v. City of Vallejo, et al.* U.S.D.C. Eastern District of California Case No.: 2:19-cv-01896-TLN-DB

WHEREAS, on October 21, 2024, counsel for the parties met and conferred regarding the Defendants' document production and Plaintiff's document production;

WHEREAS, counsel for the parties continue to work cooperatively and are engaged in further and ongoing meet and confer efforts to attempt to resolve multiple further discovery issues;

WHEREAS, counsel for the parties also continue to work cooperatively to schedule multiple depositions;

WHEREAS, there have been two prior extensions of the case schedule in this matter (Dkt. 54 and 58), which extensions were necessitated by the prior discovery dispute and the need to complete further discovery;

WHEREAS, the Parties STIPULATE TO and JOINTLY REQUEST that this Court's scheduling order be amended accordingly:

| Event | Current Deadline (Dkt. 58) | New Deadline |
|---|---|---|
| Close of Fact Discovery: | November 29, 2024 | **January 29, 2025** |
| Expert Witness Disclosure: | January 24, 2025 | **March 24, 2025** |
| Rebuttal Expert Disclosure: | February 28, 2025 | **April 28, 2025** |
| Close of Expert Discovery: | April 11, 2025 | **June 11, 2025** |
| Dispositive Motion Filing: | May 23, 2025 | **July 23, 2025** |

IT IS SO STIPULATED.

Dated:  November 12, 2024               BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                        By:     /s/ Richard W. Osman
                                            Richard W. Osman
                                            Sheila D. Crawford
                                            Attorneys for Defendants
                                            CITY OF VALLEJO, COLIN EATON
                                            and JORDON PATZE

Dated:  November 12, 2024               Nold Law

                                        By:     /s/ Melissa Nold
                                            Melissa Nold
                                            Attorney for Plaintiff
                                            DEYANA JENKINS

2

Dated: November 12, 2024	POINTER & BUELNA, LLP

By: */s/ Ty Clarke*
 Adanté D. Pointer
 Patrick M. Buelna
 Ty Clarke
 Attorneys for Plaintiff
 DEYANA JENKINS

**IT IS SO ORDERED.**

DATED: November 12, 2024

 _____
 Troy L. Nunley
 Chief United States District Judge

3

THIRD STIPULATION AND ORDER TO AMEND SCHEDULING ORDER
*Jenkins, v. City of Vallejo, et al.* U.S.D.C. Eastern District of California Case No.: 2:19-cv-01896-TLN-DB