**MELISSA C. NOLD, ESQ., SBN 301378**
**NOLD LAW**
521 Georgia Street,
Vallejo, California 94590
Tel: (707)644-4004
Email: melissa@noldlaw.com

**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEYANA JENKINS,<br><br>　　Plaintiff,<br><br>　v.<br><br>CITY OF VALLEJO,<br><br>　　Defendants. | Case No.: 2:19-cv-01896<br><br>STIPULATION AND ORDER TO EXTEND DISCOVERY DATES |

　　IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

　　WHEREAS, the parties are in the process of conducting depositions and are working to schedule and complete the remaining depositions.

WHEREAS, the parties have been working cooperatively and diligently to resolve outstanding discovery issues.

WHEREAS, the parties agreed to and jointly request the Court to extend the discovery dates which will not affect the Court's pretrial & trial dates, which have not yet been set.

WHEREAS, the current discovery schedule is set as:

| | |
|---|---|
| **Fact Discovery Cut-Off:** | **March 30, 2025** |
| **Expert Witness Disclosures:** | **April 28, 2025** |
| **Rebuttal Expert Witness Disclosures:** | **May 28, 2025** |
| **Expert Discovery Cutoff:** | **July 30, 2025** |
| **Last Day to File Dispositive Motion** | **August 29, 2025** |

WHEREAS, the parties met and conferred and agreed to extend discovery dates and set case schedule as proposed below:

| | |
|---|---|
| **Fact Discovery Cut-Off:** | **May 30, 2025** |
| **Expert Witness Disclosures:** | **July 11, 2025** |
| **Rebuttal Expert Witness Disclosures:** | **August 8, 2025** |
| **Expert Discovery Cutoff:** | **August 15, 2025** |
| **Last Day to File Dispositive Motion** | **September 12, 2025** |

IT IS SO STIPULATED.

Date: March 19, 2025     **NOLD LAW**

/s/*Melissa C. Nold*
MELISSA C. NOLD
COUNSEL FOR PLAINTIFF

1  Dated: March 19, 2025                                BERTRAND, FOX, ELLIOT,
2                                                       OSMAN & WENZEL

3                                                        /s/ Richard W. Osman
                                                        Attorneys for Defendants CITY OF
4                                                       VALLEJO, COLIN EATON and JORDON
                                                        PATZER
5

6

7

8       **IT IS SO ORDERED.**

9

10 Dated: March 20, 2025
                                                        _____
11                                                      Troy L. Nunley
                                                        Chief United States District Judge