Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:        rosman@bfesf.com
                    scrawford@bfesf.com

Attorneys for Defendants
CITY OF VALLEJO, COLIN EATON
and JORDON PATZER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEYANA JENKINS, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO, a municipal corporation; ANDREW BIDOU, in his individual capacity as Chief of Police; COLIN EATON, in his individual capacity as Police Officer for the CITY OF VALLEJO; JORDON PATZER, in his individual capacity as Police Officer for the CITY OF VALLEJO and DOES 1-50, inclusive.<br><br>    Defendants. | Case No. 2:19-cv-01896-TLN-DB<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**<br><br><br><br><br><br><br><br>**Hon. Troy L. Nunley** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, the Parties previously participated in a discovery dispute that resulted in a motion to compel and that delayed the disclosure of relevant documents;

WHEREAS, Richard W. Osman and Sheila D. Crawford of Bertrand, Fox, Elliot, Osman & Wenzel substituted into this case in place of John Whitefleet of Porter Scott on June 27, 2024;

WHEREAS, on October 11, 2024, Defendants produced numerous documents in response to the Court's order compelling the document production;

1

STIPULATION AND ORDER TO AMEND SCHEDULING ORDER
*Jenkins, v. City of Vallejo, et al.* U.S.D.C. Eastern District of California Case No.: 2:19-cv-01896-TLN-DB

WHEREAS, on October 21, 2024, counsel for the parties further met and conferred regarding the Defendants' document production and Plaintiff's document production;

WHEREAS, in early January 2025, counsel for the parties further met and conferred regarding the production of Government Tort Claims requested in initial discovery requests and Defendants agreed to produce the responsive Government Tort Claims;

WHEREAS, counsel for the parties continue to work cooperatively and are engaged in further and ongoing meet and confer efforts to attempt to resolve multiple further discovery issues;

WHEREAS, there have been several prior extensions of the case schedule in this matter (Dkt. Nos. 54, 58, 61, 63 and 65), which extensions were necessitated by the prior discovery dispute and the need to complete further discovery;

WHEREAS, since the last extension, the parties have made significant progress in fact discovery and have completed the depositions of Plaintiff, Defendant Eaton, Defendant Patzer, a Rule 30(b)(6) witness, and numerous third parties, but require additional time to complete the remaining depositions;

WHEREAS, Defendants do not agree to allow Plaintiff to exceed the 10-deposition limit set forth in the Federal Rules of Civil Procedure; and

WHEREAS, the Parties STIPULATE TO and JOINTLY REQUEST that this Court's scheduling order be amended accordingly:

| Event | Current Deadline (Dkt. 65) | Proposed Deadline |
|---|---|---|
| Close of Fact Discovery: | May 30, 2025 | July 29, 2025 |
| Expert Witness Disclosure: | July 11, 2025 | September 9, 2025 |
| Rebuttal Expert Disclosure: | August 8, 2025 | October 7, 2025 |
| Close of Expert Discovery: | August 15, 2025 | October 14, 2025 |
| Dispositive Motion Filing: | September 12, 2025 | November 11, 2025 |

IT IS SO STIPULATED.

2

STIPULATION AND ORDER TO AMEND SCHEDULING ORDER
*Jenkins, v. City of Vallejo, et al.* U.S.D.C. Eastern District of California Case No.: 2:19-cv-01896-TLN-DB

| | |
|---|---|
| Dated: May 30, 2025 | BERTRAND, FOX, ELLIOT, OSMAN & WENZEL |
| | By:  /s/ Richard W. Osman |
| | Richard W. Osman |
| | Sheila D. Crawford |
| | Corey C. Wilson |
| | |
| | Attorneys for Defendants |
| | CITY OF VALLEJO, COLIN EATON |
| | and JORDON PATZE |
| | |
| Dated: May 30, 2025 | Nold Law |
| | By:  /s/ Melissa Nold |
| | Melissa Nold |
| | Attorney for Plaintiff |
| | DEYANA JENKINS |
| | |
| Dated: May 30, 2025 | POINTER & BUELNA, LLP |
| | By:  /s/ Ty Clarke |
| | Adanté D. Pointer |
| | Patrick M. Buelna |
| | Ty Clarke |
| | Attorneys for Plaintiff |
| | DEYANA JENKINS |

**IT IS SO ORDERED.**

DATED: June 2, 2025

_____
Troy L. Nunley
Chief United States District Judge

3

STIPULATION AND ORDER TO AMEND SCHEDULING ORDER
*Jenkins, v. City of Vallejo, et al.* U.S.D.C. Eastern District of California Case No.: 2:19-cv-01896-TLN-DB