1  Richard W. Osman, State Bar No. 167993
2  Sheila D. Crawford, State Bar No. 278292
2  Corey C. Wilson, State Bar No. 332800
3  BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
3  2749 Hyde Street
4  San Francisco, California 94109
4  Telephone: (415) 353-0999
5  Facsimile:  (415) 353-0990
5  Email:    rosman@bfesf.com
6          scrawford@bfesf.com
7          cwilson@bfesf.com

8  Attorneys for Defendants
8  CITY OF VALLEJO, COLIN EATON
9  and JORDON PATZER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEYANA JENKINS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO, a municipal corporation; ANDREW BIDOU, in his individual capacity as Chief of Police; COLIN EATON, in his individual capacity as Police Officer for the CITY OF VALLEJO; JORDON PATZER, in his individual capacity as Police Officer for the CITY OF VALLEJO and DOES 1-50, inclusive.<br><br>Defendants. | Case No. 2:19-cv-01896-TLN- SCR<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**<br><br><br><br><br><br><br><br>**Hon. Troy L. Nunley** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, on May 30, 2025, the Parties stipulated to continue pretrial deadlines to complete depositions (Dkt. No. 68);

WHEREAS, counsel for the Parties continue to work cooperatively and are engaged in further and ongoing meet and confer efforts to attempt to resolve discovery issues;

1

WHEREAS, there have been several prior extensions of the case schedule in this matter (Dkt. Nos. 54, 58, 61, 63, 65 and 69), which extensions were necessitated by multiple discovery disputes and the need to complete further discovery;

WHEREAS, since the last extension, the Parties have completed the deposition of Lt. Robison, but require additional time to complete the deposition of Shawny Williams;

WHEREAS, Defendants do not agree to allow Plaintiff to exceed the 10-deposition limit set forth in the Federal Rules of Civil Procedure; and

WHEREAS, the Parties STIPULATE TO and JOINTLY REQUEST that this Court's scheduling order be amended accordingly:

| Event | Current Deadline (Dkt. 65) | Proposed Deadline |
|---|---|---|
| Close of Fact Discovery: | July 29, 2025 | September 29, 2025 |
| Expert Witness Disclosure: | September 9, 2025 | November 10, 2025 |
| Rebuttal Expert Disclosure: | October 7, 2025 | December 8, 2025 |
| Close of Expert Discovery: | October 14, 2025 | December 15, 2025 |
| Dispositive Motion Filing: | November 11, 2025 | January 12, 2026 |

IT IS SO STIPULATED.

Dated: July 25, 2025              BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:     /s/ Richard W. Osman
       Richard W. Osman
       Sheila D. Crawford
       Corey C. Wilson
       Attorneys for Defendants
       CITY OF VALLEJO, COLIN EATON
       and JORDON PATZE

Dated: July 25, 2025              Nold Law

By:     /s/ Melissa Nold
       Melissa Nold
       Attorney for Plaintiff
       DEYANA JENKINS

Dated: July 25, 2025

POINTER & BUELNA, LLP

By: */s/ Patrick M. Buelna*
    Adanté D. Pointer
    Patrick M. Buelna
    Ty Clarke
    Attorneys for Plaintiff
    DEYANA JENKINS

**IT IS SO ORDERED.**

DATED: July 28, 2025

_____
Troy L. Nunley
Chief United States District Judge

3

STIPULATION AND ORDER TO AMEND SCHEDULING ORDER
*Jenkins, v. City of Vallejo, et al.* U.S.D.C. Eastern District of California Case No.: 2:19-cv-01896-TLN-DB