**MELISSA C. NOLD, ESQ., SBN 301378**
**NOLD LAW**
521 Georgia Street,
Vallejo, California 94590
Tel: (707)644-4004
Email: melissa@noldlaw.com

**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Well Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEYANA JENKINS, an individual, | Case No.: 2:19-cv-01896 TLN SR |
| Plaintiff, | PLAINTIFF'S WITHDRAWAL OF REQUEST |
| v. | |
| CITY OF VALLEJO, et al. | |
| Defendants. | |

On June 11, 2025, Plaintiff filed a motion requesting leave to exceed the deposition limit set forth in F.R.C.P. Rule 30 (a)(2)(A). (EFC 71) On July 31, 2025, the parties appeared in person. The court indicated that a deposition of Kelly Trujillo would have a limited scope. The parties were Ordered to provide additional briefing related to the proposed deposition.

- 1

Plaintiff withdraws her request for leave to depose Kelly Trujillo in this matter.

Dated: August 7, 2025

/s/ *Melissa C. Nold*
MELISSA C. NOLD
Attorney for Plaintiff