**MELISSA C. NOLD, ESQ., SBN 301378**
**NOLD LAW**
521 Georgia Street,
Vallejo, California 94590
Tel: (707)644-4004
Email: melissa@noldlaw.com

**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Well Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DEYANA JENKINS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO, et al.<br><br>Defendants. | ) Case No.: 2:19-cv-01896-TLN-SCR<br>)<br>) **STIPULATION AND ORDER TO AMEND**<br>) **SCHEDULING ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **Honorable Troy L. Nunley**<br>)<br>) |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, on July 25, 2025, the Parties stipulated to continue pretrial deadlines to complete depositions (Dkt. No. 74);

STIPULATION AND ORDER TO AMEND SCHEDULING ORDER - 1

WHEREAS, counsel for the Parties continue to work cooperatively and are engaged in further and ongoing meet and confer efforts to attempt to resolve discovery issues;

WHEREAS, there have been several prior extensions of the case schedule in this matter (Dkt. Nos. 54, 58, 61, 63, 65, 69 and 75), which extensions were necessitated by multiple discovery disputes and the need to complete further discovery;

WHEREAS, Chief Shawny Williams was scheduled to be deposed on September 10, 2025, but needed to reschedule his deposition to accommodate his outside counsel;

WHEREAS, the Parties need to schedule and complete an additional Person Most Knowledgeable (P.M.K.) deposition and resolve any outstanding discovery issues;

WHEREAS, the Parties STIPULATE TO and JOINTLY REQUEST that this Court's scheduling order be amended accordingly:

| Event | Current Deadline (Dkt. 65) | Proposed Deadline |
| --- | --- | --- |
| Close of Fact Discovery: | September 29, 2025 | December 1, 2025 |
| Expert Witness Disclosure: | November 10, 2025 | January 12, 2026 |
| Rebuttal Expert Disclosure: | December 8, 2025 | January 26, 2026 |
| Close of Expert Discovery: | December 15, 2025 | February 2, 2026 |
| Dispositive Motion Filing: | January 12, 2026 | March 9, 2026 |

IT IS SO STIPULATED.

Dated:  September 29, 2025          NOLD LAW

                                   By: /s/ Melissa Nold
                                       Melissa Nold
                                       Attorney for Plaintiff
                                       DEYANA JENKINS

Dated:  September 29, 2025          POINTER & BUELNA, LLP

                                   By: /s/ Patrick M. Buelna
                                       Adanté D. Pointer
                                       Patrick M. Buelna
                                       Ty Clarke
                                       Attorneys for Plaintiff
                                       DEYANA JENKINS

Dated:  September 29, 2025          BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                   By: /s/  Corey C. Wilson
                                       Richard W. Osman
                                       Sheila D. Crawford
                                       Corey C. Wilson
                                       Attorneys for Defendants
                                       CITY OF VALLEJO, COLIN EATON
                                       and JORDON PATZER

## ORDER

**IT IS SO ORDERED.**

DATED:  September 29, 2025

_____
Troy L. Nunley
Chief United States District Judge