# JENKINS v. CITY OF VALLEJO, ET AL.

## PRIVILEGE LOG FOR DOCUMENT PRODUCTION IN RESPONSE TO CITY OF VALLEJO'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET TWO

**REQUEST NO. 1. Re Records for Colin Eaton**

| DATE | DOCUMENT DESCRIPTION | AUTHOR/RECIPIENTS | PRIVILEGE |
|---|---|---|---|
| VARIOUS | PERSONNEL ACTION REQUEST EMPLOYEE STATUS CHANGE FORM | City of Vallejo Administrative Analyst/Manager, Human Resources personnel and Finance personnel | Constitutional Right to Privacy<br><br>Relevancy |
| VARIOUS | RETRPAY EDIT REPORT | City of Vallejo | Constitutional Right to Privacy<br><br>Relevancy |
| 5.17.18 | CELL PHONE ENROLLMENT AND POLICY ACKNOWLEDGMENT | Vallejo Police Department | Constitutional Right to Privacy<br><br>Relevancy |
| 8.8.17 | W-4 | City of Vallejo | Constitutional Right to Privacy<br><br>Relevancy |
| 8.8.17 | DIRECT DEPOSIT AUTHORIZATION | City of Vallejo | Constitutional Right to Privacy<br><br>Relevancy |
| 10.15.21 | ADDRESS CHANGE | City of Vallejo | Constitutional Right to Privacy<br><br>Relevancy |
| 3.30.21 | EMPLOYEE PERFORMANCE EVALUATION | Vallejo Police Department Sgt. Boyce | Constitutional Right to Privacy<br><br>Relevancy |
| 3.16.20 | EMPLOYEE PERFORMANCE EVALUATION | Vallejo Police Department Sgt. Wylie | Constitutional Right to Privacy<br><br>Relevancy |
| 4.11.21 | Notice of Intent to Discipline re IA#2020.05 | Chief of Police Shawny Williams | Constitutional Right to Privacy<br><br>Relevancy |

| Date | Description | Source | Objection |
|---|---|---|---|
| 6.24.20 | IA#2020.05 re arrest of Leroy Vance April 19, 2020 | Vallejo Police Department; Lt. Sanjay Ramrakha | Constitutional Right to Privacy; third party privacy  Relevancy |
| 2.17.21 | Memorandum; Findings and Recommendations CR2020-18 re car accident | From Cpt. Jason Potts To: Chief Williams | Constitutional Right to Privacy  Relevancy |
| 8.29.20 | Collision Review CR2020-18 | Vallejo Police Department; Sgt. Shane Bower | Constitutional Right to Privacy  Relevancy |
| 4.25.18 | EMPLOYEE HISTORY SUMMARY: INQUIRY RESOLUTION SUMMARY IR2018-17 re Adrienne Johnson re demeaning conduct | Vallejo Police Department | Constitutional Right to Privacy  Relevancy |
| 5.1.18 | EMPLOYEE HISTORY SUMMARY : INQUIRY RESOLUTION SUMMARY IR2018-20 re Eric Trout re discourteous conduct and racial profiling of third party arrestee Michael Crawford | Vallejo Police Department | Constitutional Right to Privacy  Relevancy |
| 6.21.18 | EMPLOYEE HISTORY SUMMARY: CC2018-05 re Raimesha Barnes for discourteous conduct, use of force, bias | Vallejo Police Department | Constitutional Right to Privacy  Relevancy |
| 1.23.20 | EMPLOYEE HISTORY SUMMARY: CC2020-02 re property booking procedures re Gary Richardson | Vallejo Police Department | Constitutional Right to Privacy  Relevancy |
| 10.2.18 | Sexual Harassment and Abusive Conduct Prevention Training Completion Certificate | City of Vallejo | Constitutional Right to Privacy  Relevancy |
| 8.8.17 | Oath of Affirmation | Vallejo Police Department | Constitutional Right to Privacy  Relevancy |

| Date | Description | Source | Objection |
|---|---|---|---|
| 8.11.17; 10.2.19 | Administrative Rule Acknowledgment forms | City of Vallejo | Constitutional Right to Privacy<br><br>Relevancy |
| 8.11.17 | Worker's compensation Orientation Acknowledgment | City of Vallejo | Constitutional Right to Privacy<br><br>Relevancy |
| 8.7-.17 | New Hire checklists | City of Vallejo | Constitutional Right to Privacy<br><br>Relevancy |
| 8.7.17 | CalPERS details | City of Vallejo | Constitutional Right to Privacy<br><br>Relevancy |
| Unk | Background check investigation | Vallejo Police Department; | Constitutional Right to Privacy<br><br>Relevancy |
| 2016-097 | Employment Application | City of Vallejo | Constitutional Right to Privacy<br><br>Relevancy |
| 3.1.17 | Personnel Requistion/Authorization | City of Vallejo | Constitutional Right to Privacy<br><br>Relevancy |
| 7.14.17 | Email re conditional offer request for Eaton; | Vallejo Police Department From Meagan Rutherford To: Dianna Johnson; Jasmine White; Sanjay Ramrakah | Constitutional Right to Privacy<br><br>Relevancy |
| 7.17.17 | Conditional offer of employment | Vallejo Police Department From Chief Bidou To: Colin Eaton | Constitutional Right to Privacy<br><br>Relevancy |

**RE RPD No. 2.  Re records for Jordan Patzer**

| DATE | DOCUMENT DESCRIPTION | AUTHOR/RECIPIENTS | PRIVILEGE |
|---|---|---|---|
| VARIOUS | PERSONNEL ACTION REQUEST EMPLOYEE STATUS CHANGE FORM | City of Vallejo Administrative Analyst/Manager, Human Resources personnel and Finance personnel | Constitutional Right to Privacy<br><br>Relevancy |
| 8.4.23 | POST Intermediate Certificate | Vallejo Police Department | Constitutional Right to Privacy<br><br>Relevancy |
| 5.28.18 | W-4 | City of Vallejo | Constitutional Right to Privacy<br><br>Relevancy |
| 5.28.18 | DIRECT DEPOSIT AUTHORIZATION | City of Vallejo | Constitutional Right to Privacy<br><br>Relevancy |
| 11.28.23 | ADDRESS CHANGE | City of Vallejo | Constitutional Right to Privacy<br><br>Relevancy |
| 10.30.23 | Employee Performance Evaluation | Vallejo Police Department; Sgt Boyce | Constitutional Right to Privacy<br><br>Relevancy |
| 3.30.21 | Employee Performance Evaluation | Vallejo Police Department; Sgt Boyce | Constitutional Right to Privacy<br><br>Relevancy |
| 10.2.19 | Sexual Harassment and Abusive Conduct Prevention Training Completion Certificate | City of Vallejo | Constitutional Right to Privacy<br><br>Relevancy |
| 10.2.19 | Administrative Rule Acknowledgment forms | City of Vallejo | Constitutional Right to Privacy<br><br>Relevancy |

| Date | Document | Source | Objection |
|---|---|---|---|
| 6.18.18 | Oath of Affirmation | Vallejo Police Department | Constitutional Right to Privacy<br><br>Relevancy |
| 6.13.18; 5.15.18 | Offers of Employment | Vallejo Police Department; From Chief Bidou To. Jordon Patzer | Constitutional Right to Privacy<br><br>Relevancy |
| 6.18.18 | New Employees Orientation Checklists | City of Vallejo | Constitutional Right to Privacy<br><br>Relevancy |
| Unk | Background check investigation | Vallejo Police Department; | Constitutional Right to Privacy<br><br>Relevancy |
| 6.18.18 | CalPers Member Action request | City of Vallejo Personnel Tech Nguyen | Constitutional Right to Privacy<br><br>Relevancy |
| 6.1.18 | Worker's compensation Orientation Acknowledgment | City of Vallejo | Constitutional Right to Privacy<br><br>Relevancy |
| 6.1.18 | DMV authorization | City of Vallejo | Constitutional Right to Privacy<br><br>Relevancy |
| 2018-059 | Requisition Details | City of Vallejo | Constitutional Right to Privacy<br><br>Relevancy |
| 4.19.18 | Email re police trainee position | Vallejo Police Department: From Mariah Dominguez To Robin Tilley | Constitutional Right to Privacy<br><br>Relevancy |
| 2016-097 | Employment Application | City of Vallejo | Constitutional Right to Privacy<br><br>Relevancy |
| undated | Resume | Vallejo Police Department; | Constitutional Right to Privacy<br><br>Relevancy |