**MELISSA C. NOLD, ESQ., SBN 301378**
**NOLD LAW**
521 Georgia Street,
Vallejo, California 94590
Tel: (707)644-4004
Email: melissa@noldlaw.com

**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Well Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEYANA JENKINS, an individual, | Case No.: 2:19-cv-01896-TLN-SCR |
| Plaintiff, | **STIPULATION AND ORDER TO AMEND SCHEDULING ORDER** |
| v. | |
| CITY OF VALLEJO, et al. | |
| Defendants. | **Honorable Troy L. Nunley** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, on September 30, 2025, the Parties stipulated to continue pretrial deadlines to complete depositions and outstanding discovery issues to December 1, 2025 (Dkt.

No. 80);

WHEREAS, counsel for the Parties continue to work cooperatively and are engaged in further and ongoing meet and confer efforts to attempt to resolve discovery issues;

WHEREAS, there have been several prior extensions of the case schedule in this matter (Dkt. Nos. 54, 58, 61, 63, 65, 69 and 75, 80), which extensions were necessitated by multiple discovery disputes and the need to complete further discovery;

WHEREAS, on November 24, 2025, the court ordered an additional Plaintiff deposition after a Joint Discovery Dispute (Dkt. 87);

WHEREAS, the Parties need to reschedule and complete a Person Most Knowledgeable (P.M.K.) deposition and resolve outstanding discovery issues;

WHEREAS, the Parties STIPULATE TO and JOINTLY REQUEST that this Court's scheduling order be amended accordingly:

| Event | Current Deadline (Dkt. 65) | Proposed Deadline |
|---|---|---|
| Close of Fact Discovery: | December 1, 2025 | February 2, 2026 |
| Expert Witness Disclosure: | January 12, 2025 | March 16, 2026 |
| Rebuttal Expert Disclosure: | January 26, 2026 | March 30, 2026 |
| Close of Expert Discovery: | February 2, 2026 | April 6, 2026 |
| Dispositive Motion Filing: | March 9, 2026 | May 4, 2026 |

IT IS SO STIPULATED.

Dated: November 25, 2025					NOLD LAW

							By: */s/ Melissa Nold*
							    Melissa Nold
							    Attorney for Plaintiff
							    DEYANA JENKINS

Dated: November 25, 2025					POINTER & BUELNA, LLP

							By: */s/ Patrick M. Buelna*
							    Adanté D. Pointer
							    Patrick M. Buelna
							    Ty Clarke
							    Attorneys for Plaintiff
							    DEYANA JENKINS

Dated: November 25, 2025					BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

							By: */s/ Corey C. Wilson*
							    Richard W. Osman
							    Sheila D. Crawford
							    Corey C. Wilson
							    Attorneys for Defendants
							    CITY OF VALLEJO, COLIN EATON
							    and JORDON PATZER

## ORDER

**IT IS SO ORDERED.**

DATED: November 25, 2025			_____
							Troy L. Nunley
							Chief United States District Judge