1 | Richard W. Osman, State Bar No. 167993
2 | Sheila D. Crawford, State Bar No. 278292
   | Corey C. Wilson, State Bar No. 332800
3 | BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
   | 2749 Hyde Street
4 | San Francisco, California 94109
   | Telephone: (415) 353-0999
5 | Facsimile:  (415) 353-0990
   | Email:     rosman@bfesf.com
6 |            scrawford@bfesf.com
7 |            cwilson@bfesf.com

8 | Attorneys for Defendants
   | CITY OF VALLEJO, COLIN EATON and
9 | JORDON PATZER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEYANA JENKINS, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO, a municipal corporation; ANDREW BIDOU, in his individual capacity as Chief of Police; COLIN EATON, in his individual capacity as Police Officer for the CITY OF VALLEJO; JORDON PATZER, in his individual capacity as Police Officer for the CITY OF VALLEJO and DOES 1-50, inclusive.<br><br>        Defendants. | Case No. 2:19-cv-01896-TLN-DB<br><br>**DEFENDANT CITY OF VALLEJO'S RESPONSES TO PLAINTIFF DEYANA JENKINS' REQUEST FOR PRODUCTION OF DOCUMENTS, SET FIVE (5)** |

**PROPOUNDING PARTY:**    Plaintiff DEYANA JENKINS

**RESPONDING PARTY:**     Defendant CITY OF VALLEJO

**SET NUMBER:**           FIVE (5)

**PRELIMINARY STATEMENT**

Defendant CITY OF VALLEJO ("Responding Party") has not yet completed its investigation or analysis of the facts relating to this case, has not completed discovery, and has not completed preparation for trial. Accordingly, these responses are given without prejudice to Responding Party's rights to produce evidence of any subsequently discovered facts or interpretations thereof and/or to add to, modify or otherwise change or amend the responses herein. The information hereinafter set forth is true and correct to the best of Responding Party's knowledge at this time and is subject to correction for inadvertent errors or omissions, if any errors or omissions shall hereafter be found to exist.

Responding Party expressly reserves the right to revise, amend and/or supplement these responses, as additional information shall be forthcoming throughout the discovery process.

**OBJECTIONS APPLICABLE TO ALL RESPONSES**

As to each of the requests and responses thereto that are set for the below, the following general qualifications are made with regard to said responses and are hereby incorporated by reference.

Responding Party objects to each and every request on the grounds that it seeks information protected by the attorney-client privilege and the attorney work-product doctrine. Responding Party hereby incorporates this objection into each and every one of its responses. Under no circumstances are Responding Party's responses to act as a waiver of the attorney-client privilege and/or the attorney work-product doctrine.

Responding Party further objects to each and every request to the extent that it seeks to impose a burden or obligation beyond that permitted by the Federal Rules of Civil Procedure.

Responding Party further objects to each and every request to the extent that it seeks information already in possession of Plaintiffs or that is readily available to Plaintiffs from other sources.

**RESPONSES**

REQUEST FOR PRODUCTION OF DOCUMENTS NO. 1:

ANY AND ALL DOCUMENTS PERTAINING TO complaints reported to the CITY by Chief Shawny Williams, including but not limited to complaints related to: racism, racial animus, threatening correspondences, threats, tharassment (sic), hostility, retaliation, doxxing, social media harassment, stalking, and hostile work environment.

1

DEFENDANT CITY'S RESPONSES TO PLAINTIFF DEYANA JENKINS' REQUEST FOR PRODUCTION OF DOCUMENTS, SET FIVE
*Jenkins, v. City of Vallejo, et al.* U.S.D.C. Eastern District of California Case No.: 2:19-cv-01896-TLN-DB

1  **RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 1:**

2  Responding Party objects that this request is overbroad and unduly burdensome. Responding Party objects that this request is harassing and propounded for an improper purpose. Responding Party objects that this request is not proportional to the needs of the case, as the requested discovery seeking documents regarding incidents which occurred years after the subject incident and involving none of the same actors, and it bears no relation to Plaintiff's claims in this litigation.

REQUEST FOR PRODUCTION OF DOCUMENTS NO. 2:

ANY AND ALL DOCUMENTS PERTAINING TO the investigation of complaints reported to CITY by Chief Shawny Williams, including, but not limited to: police reports, investigatory reports, investigatory materials, interviews, recordings, fingerprint analysis, letters, emails, contract for investigatory services, Human Resources Department reports, and reports to external agencies.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 2:**

Responding Party objects that this request is overbroad and unduly burdensome. Responding Party objects that this request is harassing and propounded for an improper purpose. Responding Party objects that this request is not proportional to the needs of the case, as the requested discovery seeking documents regarding incidents which occurred years after the subject incident and involving none of the same actors, and it bears no relation to Plaintiff's claims in this litigation.

Dated: December 1, 2025                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


By:      */s/ Corey C. Wilson*
         Richard W. Osman
         Sheila D. Crawford
         Corey C. Wilson
         Attorneys for Defendants
         CITY OF VALLEJO, COLIN EATON and
         JORDON PATZER

DEFENDANT CITY'S RESPONSES TO PLAINTIFF DEYANA JENKINS' REQUEST FOR PRODUCTION OF DOCUMENTS, SET FIVE
*Jenkins, v. City of Vallejo, et al.* U.S.D.C. Eastern District of California Case No.: 2:19-cv-01896-TLN-DB

# PROOF OF SERVICE

I, the undersigned, declare that I am employed in the County of San Francisco, California; I am over the age of eighteen years and not a party to the within cause; and my business address is 2749 Hyde Street, San Francisco, California 94109.

I am readily familiar with the practice of Bertrand, Fox, Elliot, Osman & Wenzel with respect to the collection and processing of pleadings, discovery documents, motions and all other documents which must be served upon opposing parties or other counsel in litigation. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

On **December 1, 2025,** I served the following document(s):

**DEFENDANT CITY OF VALLEJO'S RESPONSES TO PLAINTIFF DEYANA JENKINS REQUEST FOR PRODUCTION OF DOCUMENTS, SET FIVE (5)**

on the following interested parties:

| | |
|---|---|
| MELISSA C. NOLD<br>NOLD LAW<br>melissa@noldlaw.com | ADANTE POINTER<br>PATRICK BUELNA<br>TY CLARKE<br>POINTER & BUELNA, LLP<br>LAWYERS FOR THE PEOPLE<br>APointer@LawyersFTP.com<br>PBuelna@LawyersFTP.com<br>TClarke@lawyersftp.com<br>Admin@lawyersftp.com |

*Attorneys for Plaintiff*

Said service was performed in the following manner:

(✓) **BY ELECTRONIC MAIL SERVICE (E-Mail):** Pursuant to CCP §1010.6(e), requiring represented parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is
2  true and correct. Executed **December 1, 2025**, at San Francisco, California.

_____
Sergio Guerrero

PROOF OF SERVICE